**DISMISS and Opinion Filed November 22, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-22-00608-CV
_____

**CITY OF MCKINNEY, TEXAS, AND BOARD OF ADJUSTMENT FOR CITY OF MCKINNEY, Appellants**

**V.**

**COWTOWN REDI MIX, INC., AND ISSAM AL-SHMAISANI, Appellees**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-05217-2020**

### MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court are appellants' and appellees' respective petitions for permissive appeal. *See* TEX. R. APP. P. 28.3. The parties seek to appeal the trial court's interlocutory order granting in part and denying in part plaintiffs' motion and defendants' cross-motion for partial summary judgment.

Under section 51.014(d) of the Texas Civil Practice and Remedies Code, we may accept a permissive interlocutory appeal if (1) the order being appealed involves a controlling question of law as to which there is a substantial ground for difference of opinion, and (2) an immediate appeal from the order may materially advance the

ultimate termination of the litigation. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(d), (f). Based on our review of the petitions and the record before us, we conclude that the parties have failed to establish that an immediate appeal might immediately advance the ultimate termination of the litigation. Accordingly, we deny the petitions and dismiss the appeal for want of jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(f); TEX. R. APP. P. 28.3, 42.3(a).

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

220608F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CITY OF MCKINNEY, TEXAS
BOARD OF ADJUSTMENT FOR
CITY OF MCKINNEY, Appellants

No. 05-22-00608-CV          V.

COWTOWN REDI MIX, INC,
ISSAM AL-SHMAISANI, Appellees

On Appeal from the 401st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 401-05217-
2020.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 22nd day of November 2022.